1  JONES DAY
   Nicholas Rawls, Bar No. 349996
2  nrawls@jonesday.com
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, California 90071.2452
4  Telephone: +1.213.489.3939
   Facsimile: +1.213.243.2539
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 JIJUN QI,                          Case No. 2:24-cv-06489 AB(KSx)

12          Plaintiff,                Honorable Judge André Birotte, Jr.

13     v.                             **DEFENDANT EXPERIAN
                                      INFORMATION SOLUTIONS,**
14 **DISCOVER BANK; RESURGENT**       **INC.'S ANSWER AND**
   **CAPITAL SERVICES L.P.; SPRING**  **DEFENSES TO PLAINTIFF'S**
15 **OAKS CAPITAL, LLC; TD BANK,**    **COMPLAINT**
   **NATIONAL ASSOCIATION;**
16 **EQUIFAX INFORMATION**            Date Action Filed:    Aug 1, 2024
   **SERVICES LLC; EXPERIAN**
17 **INFORMATION SOLUTIONS,**         Answer Due:           Sep 26, 2024
   **INC.; TRANS UNION, LLC,**
18
            **Defendants.**
19

20

21

22

23

24

25

26

27

28

Experian Information Solutions, Inc. ("Experian"), by and through its attorneys Jones Day, hereby answer's Plaintiff's Complaint as follows:

### INTRODUCTION

1.  In response to paragraph 1 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

2.  In response to paragraph 2 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

3.  In response to paragraph 3 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

4.  In response to paragraph 4 of the Complaint, Experian admits only that Plaintiff has asserted claims pursuant to the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681X ("FCRA"); the Consumer Credit Reporting Agencies Act, Cal. Civ. Code, § 1785.1, *et seq.* ("CCRAA"); the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692(P) ("FDCPA"); the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §§ 1788-1788.32 ("RFDCPA"); and California's Identity Theft Act, Cal Civ. Code § 1798.92-1798.97.

Experian denies the remaining allegations contained in paragraph 4 of the Complaint.

5.    In response to paragraph 5 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6.    In response to paragraph 6 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

7.    In response to paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8.    In response to paragraph 8 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 8 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 8 of the Complaint.

9.    In response to paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## JURISDICTION AND VENUE

10.    In response to paragraph 10 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction pursuant to 28 U.S.C. § 1331, 15 U.S.C. § 1681p, 15

U.S.C. § 1692k, and, 28 U.S.C. § 1367. Experian states that this is a legal conclusion which is not subject to denial or admission.

11. In response to paragraph 11 of the Complaint, Experian admits only that Plaintiff has alleged violations of the FCRA, the CCCRAA, the FDCPA, the RFDCPA, and California's Identity Theft Act. Experian denies, generally and specifically, each and every remaining allegation contained in paragraph 11 of the Complaint.

12. In response to paragraph 12 of the Complaint, Experian admits that it does business in the state of California. In response to paragraph 12 of the Complaint, Experian further admits that Plaintiff has alleged it has established personal jurisdiction over Experian. Experian states that this is a legal conclusion which is not subject to denial or admission. As to the allegations in paragraph 12 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 12 of the Complaint.

13. In response to paragraph 13 of the Complaint, Experian admits that it does business in the state of California. In response to paragraph 13 of the Complaint, Experian further admits that Plaintiff has alleged that venue is proper pursuant to 28 U.S.C. § 1391. Experian states that this is a legal conclusion which is not subject to denial or admission. In response to the remaining allegations in paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

# PARTIES

14. In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15. In response to paragraph 15 of the Complaint, Experian admits that Plaintiff qualifies as a "consumer" as that term is defined by 15 U.S.C. § 1681a(c); Cal. Civ. Code§ 1785.3(c); and 15 U.S.C. § 1692a(3).

16. In response to paragraph 16 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17. In response to paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18. In response to paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19. In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20. In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

1    contained therein and, on that basis, denies, generally and specifically, each

2    and every allegation contained therein.

3    21.    In response to paragraph 21 of the Complaint, Experian states that the

4    allegations contained therein are legal conclusions not subject to admission or

5    denial. To the extent a response is required, Experian is without knowledge or

6    information sufficient to form a belief as to the truth of the allegations

7    contained in paragraph 21 of the Complaint and, on that basis, denies,

8    generally and specifically, each and every allegation contained therein.

9    22.    In response to paragraph 22 of the Complaint, Experian states that the

10    allegations contained therein are legal conclusions not subject to admission or

11    denial. To the extent a response is required, Experian is without knowledge or

12    information sufficient to form a belief as to the truth of the allegations

13    contained in paragraph 22 of the Complaint and, on that basis, denies,

14    generally and specifically, each and every allegation contained therein.

15    23.    In response to paragraph 23 of the Complaint, Experian states that the

16    allegations contained therein are legal conclusions not subject to admission or

17    denial. To the extent a response is required, Experian is without knowledge or

18    information sufficient to form a belief as to the truth of the allegations

19    contained in paragraph 23 of the Complaint and, on that basis, denies,

20    generally and specifically, each and every allegation contained therein.

21    24.    In response to paragraph 24 of the Complaint, Experian states that the

22    allegations contained therein are legal conclusions not subject to admission or

23    denial. To the extent a response is required, Experian is without knowledge or

24    information sufficient to form a belief as to the truth of the allegations

25    contained in paragraph 24 of the Complaint and, on that basis, denies,

26    generally and specifically, each and every allegation contained therein.

27    25.    In response to paragraph 25 of the Complaint, Experian admits it is a

28    "consumer reporting agency" as that term is defined by 15 U.S.C. § 1681a(f);

EXPERIAN'S ANSWER TO COMPLAINT
Case No. 2:24-cv-06489 AB(KSx)

and, a "consumer credit reporting agency" as defined by Cal. Civ. Code§ 1785.3(d).

26.   In response to paragraph 26 of the Complaint, Experian admits it is a "person" as that term is defined by Cal. Civ. Code§ 1785.3(j).

27.   In response to paragraph 27 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.   In response to paragraph 28 of the Complaint, Experian states that the allegations that the causes of action pertain to Plaintiff's "consumer credit report" are legal conclusions not subject to admission or denial.  In response to the remaining allegations in paragraph 28 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

## FACTUAL ALLEGATIONS

29.   In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.   In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.   In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32.    In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.    In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.    In response to paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35.    In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36.    In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.    In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.    In response to paragraph 38 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 38 of the Complaint that relate to the other defendants, Experian does not have knowledge or information

sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 38 of the Complaint.

39.    In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.    In response to paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.    In response to paragraph 41 of the Complaint, Experian admits that it sent correspondence to plaintiff on or around June 10, 2014, the contents of which speak for itself. Experian is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 41 and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42.    In response to paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43.    In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44.    In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45. In response to paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46. In response to paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47. In response to paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48. In response to paragraph 48 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49. In response to paragraph 49 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

EXPERIAN'S ANSWER TO COMPLAINT
Case No. 2:24-cv-06489 AB(KSx)

50. In response to paragraph 50 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein on the grounds that it does not understand the allegations as pled.

51. In response to paragraph 51 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein on the grounds that it does not understand the allegations as pled.

52. In response to paragraph 52 of the Complaint, Experian admits the allegations contained therein.

53. In response to paragraph 53 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 53 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 53 of the Complaint.

54. In response to paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55. In response to paragraph 55 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 55 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 55 of the Complaint.

56. In response to paragraph 56 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to

Experian. As to the allegations in paragraph 56 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 56 of the Complaint.

57. In response to paragraph 57 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58. In response to paragraph 58 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59. In response to paragraph 59 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60. In response to paragraph 60 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61. In response to paragraph 61 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62. In response to paragraph 62 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 62 of the Complaint that relate to

EXPERIAN'S ANSWER TO COMPLAINT
Case No. 2:24-cv-06489 AB(KSx)

1  the other defendants, Experian does not have knowledge or information
2  sufficient to form a belief as to the truth of those allegations and, on that basis,
3  denies, generally and specifically, each and every remaining allegation of
4  paragraph 62 of the Complaint.

5  63.  In response to paragraph 63 of the Complaint, Experian denies, generally and
6  specifically, each and every allegation contained therein that relates to
7  Experian.  As to the allegations in paragraph 63 of the Complaint that relate to
8  the other defendants, Experian does not have knowledge or information
9  sufficient to form a belief as to the truth of those allegations and, on that basis,
10  denies, generally and specifically, each and every remaining allegation of
11  paragraph 63 of the Complaint.

12  64.  In response to paragraph 64 of the Complaint, Experian denies, generally and
13  specifically, each and every allegation contained therein that relates to
14  Experian.  As to the allegations in paragraph 64 of the Complaint that relate to
15  the other defendants, Experian does not have knowledge or information
16  sufficient to form a belief as to the truth of those allegations and, on that basis,
17  denies, generally and specifically, each and every remaining allegation of
18  paragraph 64 of the Complaint.

19  65.  In response to paragraph 65 of the Complaint, Experian denies, generally and
20  specifically, each and every allegation contained therein that relates to
21  Experian.  As to the allegations in paragraph 65 of the Complaint that relate to
22  the other defendants, Experian does not have knowledge or information
23  sufficient to form a belief as to the truth of those allegations and, on that basis,
24  denies, generally and specifically, each and every remaining allegation of
25  paragraph 65 of the Complaint.

26  66.  In response to paragraph 66 of the Complaint, Experian denies, generally and
27  specifically, each and every allegation contained therein that relates to
28  Experian.  As to the allegations in paragraph 66 of the Complaint that relate to

EXPERIAN'S ANSWER TO COMPLAINT
Case No. 2:24-cv-06489 AB(KSx)

the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 66 of the Complaint.

67.   In response to paragraph 67 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 67 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 67 of the Complaint.

68.   In response to paragraph 68 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 68 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 68 of the Complaint.

69.   In response to paragraph 69 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 69 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 69 of the Complaint.

70.   In response to paragraph 70 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 70 of the Complaint that relate to

EXPERIAN'S ANSWER TO COMPLAINT
Case No. 2:24-cv-06489 AB(KSx)

the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 70 of the Complaint.

71.   In response to paragraph 71 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 71 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 71 of the Complaint.

72.   In response to paragraph 72 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 72 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 72 of the Complaint.

73.   In response to paragraph 73 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 73 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 73 of the Complaint.

74.   In response to paragraph 74 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 74 of the Complaint that relate to

EXPERIAN'S ANSWER TO COMPLAINT
Case No. 2:24-cv-06489 AB(KSx)

the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 74 of the Complaint.

75. In response to paragraph 75 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

76. In response to paragraph 76 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 76 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 76 of the Complaint.

77. In response to paragraph 77 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 77 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 77 of the Complaint.

78. In response to paragraph 78 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 78 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 78 of the Complaint.

79.   In response to paragraph 79 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 79 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 79 of the Complaint.

80.   In response to paragraph 80 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 80 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 80 of the Complaint.

81.   In response to paragraph 81 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 81 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 81 of the Complaint.

82.   In response to paragraph 82 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 82 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 82 of the Complaint.

83. In response to paragraph 83 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 83 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 83 of the Complaint.

84. In response to paragraph 84 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 84 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 84 of the Complaint.

85. In response to paragraph 85 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 85 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 85 of the Complaint.

86. In response to paragraph 86 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 86 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 86 of the Complaint.

87. In response to paragraph 87 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 87 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 87 of the Complaint.

## CAUSES OF ACTION CLAIMED BY PLAINTIFF

## COUNT I

88. Experian restates and incorporates its responses to paragraphs 1 through 87 above as though fully stated herein.

89. In response to paragraph 89 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 89 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 89 of the Complaint.

90. In response to paragraph 90 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 90 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 90 of the Complaint.

91. In response to paragraph 91 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 91 of the Complaint that relate to

the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 91 of the Complaint.

**COUNT II**

92.   Experian restates and incorporates its responses to paragraphs 1 through 91 above as though fully stated herein.

93.   In response to paragraph 93 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 93 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 93 of the Complaint.

94.   In response to paragraph 94 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 94 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 94 of the Complaint.

95.   In response to paragraph 95 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 95 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 95 of the Complaint.

96.    In response to paragraph 96 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 96 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 96 of the Complaint.

97.    In response to paragraph 97 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 97 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 97 of the Complaint.

## COUNT III

98.    Experian restates and incorporates its responses to paragraphs 1 through 97 above as though fully stated herein.

99.    In response to paragraph 99 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 99 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 99 of the Complaint.

100.   In response to paragraph 100 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 100 of the Complaint that relate to the other defendants, Experian does not have knowledge or information

1  sufficient to form a belief as to the truth of those allegations and, on that basis,
2  denies, generally and specifically, each and every remaining allegation of
3  paragraph 100 of the Complaint.

4  **COUNT IV**

5  101. Experian restates and incorporates its responses to paragraphs 1 through 100
6  above as though fully stated herein.

7  102. In response to paragraph 102 of the Complaint, Experian denies, generally and
8  specifically, each and every allegation contained therein that relates to
9  Experian.  As to the allegations in paragraph 102 of the Complaint that relate
10  to the other defendants, Experian does not have knowledge or information
11  sufficient to form a belief as to the truth of those allegations and, on that basis,
12  denies, generally and specifically, each and every remaining allegation of
13  paragraph 102 of the Complaint.

14  103. In response to paragraph 103 of the Complaint, Experian denies, generally and
15  specifically, each and every allegation contained therein that relates to
16  Experian.  As to the allegations in paragraph 103 of the Complaint that relate
17  to the other defendants, Experian does not have knowledge or information
18  sufficient to form a belief as to the truth of those allegations and, on that basis,
19  denies, generally and specifically, each and every remaining allegation of
20  paragraph 103 of the Complaint.

21  **COUNT V**

22  104. Experian restates and incorporates its responses to paragraphs 1 through 103
23  above as though fully stated herein.

24  105. In response to paragraph 105 of the Complaint, Experian denies, generally and
25  specifically, each and every allegation contained therein that relates to
26  Experian.  As to the allegations in paragraph 105 of the Complaint that relate
27  to the other defendants, Experian does not have knowledge or information
28  sufficient to form a belief as to the truth of those allegations and, on that basis,

EXPERIAN'S ANSWER TO COMPLAINT
Case No. 2:24-cv-06489 AB(KSx)

1   denies, generally and specifically, each and every remaining allegation of
2   paragraph 105 of the Complaint.

3   106.   In response to paragraph 106 of the Complaint, Experian denies, generally and
4   specifically, each and every allegation contained therein that relates to
5   Experian.  As to the allegations in paragraph 106 of the Complaint that relate
6   to the other defendants, Experian does not have knowledge or information
7   sufficient to form a belief as to the truth of those allegations and, on that basis,
8   denies, generally and specifically, each and every remaining allegation of
9   paragraph 106 of the Complaint.

10   **PRATER FOR RELIEF**

11   107.   Experian admits that Plaintiff has demanded trial by jury on all issues triable.

12

13   WHEREFORE, Defendant Experian Information Solutions, Inc. prays as
14   follows:

15   (1)   That Plaintiff take nothing by virtue of the Complaint herein and that
16   this action be dismissed in its entirety;

17   (2)   For costs of suit [and attorneys' fees] herein incurred; and

18   (3)   For such other and further relief as the Court may deem just and
19   proper.

20

21

22

23

24

25

26

27

28

- 23 -

EXPERIAN'S ANSWER TO COMPLAINT
Case No. 2:24-cv-06489 AB(KSx)

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE
(STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

SECOND AFFIRMATIVE DEFENSE
(TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

THIRD AFFIRMATIVE DEFENSE
(FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate his damages.

FOURTH AFFIRMATIVE DEFENSE
(LACHES)

The Complaint and each claim for relief therein are barred by laches.

FIFTH AFFIRMATIVE DEFENSE
(CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

1    <u>SIXTH AFFIRMATIVE DEFENSE</u>

2    <u>(ESTOPPEL)</u>

3    Any damages which Plaintiff may have suffered, which Experian continues to

4    deny, were the direct and proximate result of the conduct of Plaintiff.   Therefore,

5    Plaintiff is estopped and barred from recovery of any damages.

6

7    <u>SEVENTH AFFIRMATIVE DEFENSE</u>

8    <u>(UNCLEAN HANDS)</u>

9    The Complaint and each claim for relief therein that seeks equitable relief are

10    barred by the doctrine of unclean hands.

11

12    <u>EIGHTH AFFIRMATIVE DEFENSE</u>

13    <u>(IMMUNITY)</u>

14    All claims against Experian are barred by the qualified immunity of 15 U.S.C.

15    § 1681h(e).

16

17    <u>NINTH AFFIRMATIVE DEFENSE</u>

18    <u>(ARBITRATION)</u>

19    Experian alleges on information and belief that Plaintiff's claims are the

20    subject of an arbitration agreement between Plaintiff and Experian.

21

22    Dated:  September 26, 2024        JONES DAY

23

24    By:_____/s/ *Nicholas Rawls*_____

25    Nicholas Rawls

26    Attorneys for Defendant EXPERIAN INFORMATION

27    SOLUTIONS, INC.

28

EXPERIAN'S ANSWER TO COMPLAINT
Case No. 2:24-cv-06489 AB(KSx)