JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIJUN QI, | Case No. 2:24-cv-06489 AB (KSx) |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| DISCOVER BANK; RESURGENT CAPITAL SERVICES L.P.; SPRING OAKS CAPITAL, LLC; TD BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC, | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within __**days,**__ to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 22, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.