JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIJUN QI,<br><br>         Plaintiff,<br><br>v.<br><br>DISCOVER BANK; RESURGENT CAPITAL SERVICES L.P.; SPRING OAKS CAPITAL, LLC; TD BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC,<br><br>         Defendant. | Case No. 2:24-cv-06489 AB (KSx)<br><br>**CORRECTED ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled. The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown withi **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 27, 2025

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE